DANIEL KATIBAH (293251)
  dkatibah@NKLLP.law
JAMES C. NIELSEN (111889)
  jnielsen@NKLLP.law
THOMAS H. NIENOW (136454)
  tnienow@NKLLP.law
NIELSEN KATIBAH LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone:  (415) 693-0900
Facsimile:   (415) 693-9674

Attorneys for Plaintiff
ATLANTIC CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FRANKENSTEIN MOTORS, INC., and BRUCE MCCLASKEY,<br><br>Defendants. | No. 2:23-cv-01059-DJC-DB<br><br>**ORDER EXTENDING ATLANTIC'S TIME TO SERVE SUMMONS AND COMPLAINT** |

Plaintiff Atlantic Casualty Insurance Company has requested that this Court extend Atlantic's deadline to serve defendant Frankenstein Motors, Inc., with Atlantic's complaint.  The Court finds that Atlantic has shown good cause for failing to serve Frankenstein Motors within 90 days.  Accordingly, the Court will permit Atlantic to serve Frankenstein with the complaint and summons by October 13, 2023.

///

1 **IT IS SO ORDERED**

3 DATED:  September 8, 2023      /s/ Daniel J. Calabretta
    THE HONORABLE DANIEL J. CALABRETTA
4    UNITED STATES DISTRICT JUDGE

PROPOSED ORDER EXTENDING ATLANTIC'S TIME TO SERVE SUMMONS AND COMPLAINT